1

2

3

4

5

6

7

8

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 JAMES E. SMITH                                1:06-CV-1617 OWW WMW P

14                 Plaintiff,

15        vs.

16 CASTRO, Warden, et al.,

17                 Defendants.                        ORDER TRANSFERRING CASE

18 _____/

19        Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42 U.S.C.

20 § 1983.

21        In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

22 violations took place in Lassen County which is part of the Sacramento Division of the United States

23 District Court for the Eastern District of California.   Therefore, the complaint should have been filed

24 in the Sacramento Division.

25        Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper

26 court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will be

27 transferred to the Sacramento Division.

28        Good cause appearing, IT IS HEREBY ORDERED that:

1          1.   This action is transferred to the United States district Court for the Eastern district of

2   California sitting in Sacramento; and

3          2.   All future filings shall refer to the new Sacramento case number assigned and shall be filed

4   at:

5

6                              United States District Court
                               Eastern District of California
7                              501 "I" Street, Suite 4-200
                               Sacramento, CA 95814
    IT IS SO ORDERED.

8   **Dated:    December 18, 2006**              _/s/  **William M. Wunderlich**_

9   j14hj0                                       UNITED STATES MAGISTRATE JUDGE