IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

     Plaintiff,                      No. CIV S-06-2868 FCD EFB P

    vs.

CASTRO, et al.,

     Defendants.         <u>ORDER</u>

_____/

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On May 24, 2007, this court reviewed the complaint as required by 28 U.S.C. § 1915A, found that plaintiff failed to state a cognizable claim for relief and dismissed the complaint with leave to amend. Plaintiff has not filed an amended complaint. On May 31, 2007, plaintiff filed a motion requesting the court to issue a scheduling order pursuant to Rule 16(a) and to enforce the meet and confer provisions of Rule 26(f) of the Federal Rules of Civil Procedure. For the reasons explained below, plaintiff's motion is denied.

       A court in which a civil action is pending must, no later than 120 days after defendants have been served, convene a scheduling conference or consider the parties' status reports filed pursuant to Rule 26(f), and make a schedule governing the course of the action. Fed. R. Civ. P. 16(b). Except in the case of categories of proceedings specified in Rule 26(a)(1)(E), the parties

1  to a civil action ordinarily must, at least 21 days before a scheduling conference or 21 days
2  before the court must issue a schedule, meet and confer to discuss the claims and defenses, the
3  possibility of settlement, and discovery matters. Fed. R. Civ. P. 26(f). Rule 26(a)(1)(E) exempts
4  from the requirements of Rule 26(f) actions commenced without counsel by persons in the
5  custody of a state or state subdivision. As stated above, petitioner is confined in a state prison
6  and commenced this action without counsel. Although this case is not exempt from the
7  requirement that the court make a schedule, to do so now would be premature. The court has
8  found that plaintiff has failed to state a cognizable claim. Thus, no defendant has been served or
9  has appeared to defend. The meet and confer requirement, however, does not apply. Therefore,
10 petitioner's motion must be denied.

11      Accordingly, it is ORDERED that petitioner's May 31, 2007, motion to issue a schedule
12 and to enforce Rule 26(f) of the Federal Rules of Civil Procedure is denied.

13 Dated: July 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE