IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

        Plaintiff,                     No. CIV S-06-2868 FCD EFB P

    vs.

CASTRO, et al.,

        Defendants.            <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's March 17, 2008, motion for extension of time is granted and plaintiff has 30 days from the date this order is served to file an amended complaint.

      So ordered.

DATED: March 20, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE