IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

      Plaintiff,                      No. CIV S-06-2868 FCD EFB P

      vs.

CASTRO, et al.,

      Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

      On October 28, 2008, the court dismissed plaintiff's complaint for failure to state a claim upon which relief could be granted, explained the complaint's deficiencies, gave plaintiff 20 days to file an amended complaint correcting those deficiencies and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed.

      The 20-day period has expired and plaintiff has not filed an amended complaint.

      Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to state a claim upon which relief could be granted. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 15 days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 30, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE